UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.S., D.V., T.S., S.W., J.R., K.M., S.M., AND J.C., Plaintiffs, vs. SNOHOMISH COUNTY; and DOES 1-20, Defendants. | NO. 2:25-cv-02210-RSM<br><br>DEFENDANT SNOHOMISH COUNTY'S ANSWER TO PLAINTIFFS' COMPLAINT |

COMES NOW Defendant Snohomish County, by and through its attorneys of record, and by way of answer to Plaintiffs' Complaint admits, denies and alleges as follows:

## I. INTRODUCTION

1. Answering paragraph 1 of Plaintiffs' Complaint, Defendant Snohomish County admits this is a negligence and civil rights case against Snohomish County. Defendant lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies.

2. Answering paragraph 2 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

3. Answering paragraph 3 of Plaintiffs' Complaint, Defendant Snohomish County admits the Fourteenth Amendment to the Constitution of the United States guarantees all citizens the fundamental right to be free from interference with their bodily integrity without due process of law and that the Eighth Amendment guarantees all detainees the right to be free from cruel and unusual punishment. Defendant denies that those rights are lessened when it concerns the right of incarcerated adults to be free from sexual abuse. Any different or remaining allegations are denied.

4. Answering paragraph 4 of Plaintiffs' Complaint, Defendant Snohomish County admits that it has a duty to ensure detainees' safety and well-being and to protect them from sexual predators and sexual victimization. Defendant lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies.

5. Answering paragraph 5 of Plaintiffs' Complaint, Defendant Snohomish County denies.

6. Answering paragraph 6 of Plaintiffs' Complaint, Defendant Snohomish County denies.

7. Answering paragraph 7 of Plaintiffs' Complaint, Defendant Snohomish County denies.

8. Answering paragraph 8 of Plaintiffs' Complaint, Defendant Snohomish County denies.

9. Answering paragraph 9 of Plaintiffs' Complaint, Defendant Snohomish County denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

10. Answering paragraph 10 of Plaintiffs' Complaint, Defendant Snohomish County denies.

11. Answering paragraph 11 of Plaintiffs' Complaint, Defendant Snohomish County admits Plaintiffs are bringing civil rights claims pursuant to 42 U.S.C. § 1983 and common law claims for negligence, gross negligence, and intentional infliction of emotional distress. Any different or remaining allegations are denied.

## II. PARTIES

### A. Plaintiffs

**1. A.S.**

12. Answering paragraph 12 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

**2. D.V**

13. Answering paragraph 13 of Plaintiffs' Complaint, Defendant Snohomish County admits.

**3. T.S.**

14. Answering paragraph 14 of Plaintiffs' Complaint, Defendant Snohomish County admits.

**4. S.W.**

15. Answering paragraph 15 of Plaintiffs' Complaint, Defendant Snohomish County admits.

**5. J.R.**



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

16. Answering paragraph 16 of Plaintiffs' Complaint, Defendant Snohomish County admits.

**6. K.M.**

17. Answering paragraph 17 of Plaintiffs' Complaint, Defendant Snohomish County admits.

**7. S.M.**

18. Answering paragraph 18 of Plaintiffs' Complaint, Defendant Snohomish County admits.

**8. J.C.**

19. Answering paragraph 19 of Plaintiffs' Complaint, Defendant Snohomish County admits.

20. Answering paragraph 20 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

**B. Defendants**

**1. Snohomish County**

21. Answering paragraph 21 of Plaintiffs' Complaint, Defendant Snohomish County admits.

22. Answering paragraph 22 of Plaintiffs' Complaint, Defendant Snohomish County admits.

23. Answering paragraph 23 of Plaintiffs' Complaint, Defendant Snohomish County admits.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

**2. Does 1-20**

24. Answering paragraph 24 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

25. Answering paragraph 25 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

## III. JURISDICTION AND VENUE

26. Answering paragraph 26 of Plaintiffs' Complaint, Defendant Snohomish County admits.

27. Answering paragraph 27 of Plaintiffs' Complaint, Defendant Snohomish County admits.

## IV. STATUTE OF LIMITATIONS

28. Answering paragraph 28 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

## V. COMPLIANCE WITH THE TORT CLAIM REQUIREMENT

29. Answering paragraph 29 of Plaintiffs' Complaint, Defendant Snohomish County admits.

//

//

//



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

## VI. STATEMENT OF FACTS

### A. Snohomish County's Longstanding Failure to Protect Juvenile Detainees from Sexual Abuse Despite Statutory Mandates and Known Risks

30. Answering paragraph 30 of Plaintiffs' Complaint, Defendant Snohomish County admits.

31. Answering paragraph 31 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegation that the 1966 construction of the Denney Youth Center in Everett, WA was in response to the 1945 legislation requiring juvenile facilities for each county and therefore denies. The County admits it built the Denney Juvenile Justice Center in 1998.

32. Answering paragraph 32 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

33. Answering paragraph 33 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

34. Answering paragraph 34 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

35. Answering paragraph 35 of Plaintiffs' Complaint, Defendant Snohomish County admits the Washington legislature passed the Juvenile Justice Act in 1977 and that RCW 13.40.038 states the policy of the state is that "all county juvenile facilities provide a humane, safe, and rehabilitative environment." The County lacks sufficient information to



Snohomish County
Prosecuting Attorney – Civil Division
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies.

36. Answering paragraph 36 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

37. Answering paragraph 37 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

38. Answering paragraph 38 of Plaintiffs' Complaint, Defendant Snohomish County admits.

39. Answering paragraph 39 of Plaintiffs' Complaint, Defendant Snohomish County admits.

40. Answering paragraph 40 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

41. Answering paragraph 41 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

42. Answering paragraph 42 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

**B. Snohomish County's Ongoing Failures**

43. Answering paragraph 43 of Plaintiffs' Complaint, Defendant Snohomish County admits.

44. Answering paragraph 44 of Plaintiffs' Complaint, Defendant Snohomish County admits.

45. Answering paragraph 45 of Plaintiffs' Complaint, Defendant Snohomish County admits.

46. Answering paragraph 46 of Plaintiffs' Complaint, Defendant Snohomish County admits.

47. Answering paragraph 47 of Plaintiffs' Complaint, Defendant Snohomish County admits.

48. Answering paragraph 48 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

49. Answering paragraph 49 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

50. Answering paragraph 50 of Plaintiffs' Complaint, Defendant Snohomish County admits that the national standards developed by the Department of Justice under the authority of the Prison Rape Elimination Act contains the quoted language.

51. Answering paragraph 51 of Plaintiffs' Complaint, Defendant Snohomish County denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

52. Answering paragraph 52 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

53. Answering paragraph 53 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

54. Answering paragraph 54 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

55. Answering paragraph 55 of Plaintiffs' Complaint, Defendant Snohomish County denies that it allowed and/or encouraged staff to engage in aggressive strip searches without cause. The County lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies.

56. Answering paragraph 56 of Plaintiffs' Complaint, Defendant Snohomish County denies that it did not create or operate legitimate and safe procedures for inmates to report sexual abuse and misconduct. The County lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies.

57. Answering paragraph 57 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

58. Answering paragraph 58 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

59. Answering paragraph 59 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

60. Answering paragraph 60 of Plaintiffs' Complaint, Defendant Snohomish County denies.

61. Answering paragraph 61 of Plaintiffs' Complaint, Defendant Snohomish County denies that it permitted inappropriate boundaries between staff and the detained Plaintiffs in their care. The County lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in this paragraph and therefore denies.

62. Answering paragraph 62 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

63. Answering paragraph 63 of Plaintiffs' Complaint, Defendant Snohomish County denies.

64. Answering paragraph 64 of Plaintiffs' Complaint, Defendant Snohomish County denies.

65. Answering paragraph 65 of Plaintiffs' Complaint, Defendant Snohomish County denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

66. Answering paragraph 66 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

67. Answering paragraph 67 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

**C. Specific Information of the Abuse of each Plaintiff**

68. Answering paragraph 68 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

69. Answering paragraph 69 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

70. Answering paragraph 70 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

71. Answering paragraph 71 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

72. Answering paragraph 72 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

73. Answering paragraph 73 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

74. Answering paragraph 74 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

75. Answering paragraph 75 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

## VII. FEDERAL CLAIMS

### COUNT I

### *MONELL* CLAIM, 42 U.S.C. § 1983
***(Against Defendant Snohomish County)***

76. Answering paragraph 76 of Plaintiffs' Complaint, Defendant Snohomish County incorporates by reference its responses to the preceding paragraphs.

77. Answering paragraph 77 of Plaintiffs' Complaint, Defendant Snohomish County denies.

78. Answering paragraph 78 of Plaintiffs' Complaint, Defendant Snohomish County denies.

79. Answering paragraph 79 of Plaintiffs' Complaint, Defendant Snohomish County denies.

80. Answering paragraph 80 of Plaintiffs' Complaint, Defendant Snohomish County denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

81. Answering paragraph 81 of Plaintiffs' Complaint, Defendant Snohomish County denies.

82. Answering paragraph 82 of Plaintiffs' Complaint, Defendant Snohomish County denies.

83. Answering paragraph 83 of Plaintiffs' Complaint, Defendant Snohomish County denies.

84. Answering paragraph 84 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

85. Answering paragraph 85 of Plaintiffs' Complaint, Defendant Snohomish County denies.

**COUNT II**

**SUBSTANTIVE DUE PROCESS, 42 U.S.C. § 1983**
**(Against Defendants Does 1-20)**

86. Answering paragraph 86 of Plaintiffs' Complaint, Defendant Snohomish County incorporates by reference its responses to the preceding paragraphs.

87. Answering paragraph 87 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

88. Answering paragraph 88 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

89. Answering paragraph 89 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

90. Answering paragraph 90 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

91. Answering paragraph 91 of Plaintiffs' Complaint, Defendant Snohomish County admits.

92. Answering paragraph 92 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

93. Answering paragraph 93 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

94. Answering paragraph 94 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

## VIII. STATE LAW CLAIMS

## COUNT I

## NEGLIGENCE
## (Against Defendant Snohomish County)

95. Answering paragraph 95 of Plaintiffs' Complaint, Defendant Snohomish County incorporates by reference its responses to the preceding paragraphs.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

96. Answering paragraph 96 of Plaintiffs' Complaint, Defendant Snohomish County admits.

97. Answering paragraph 97 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

98. Answering paragraph 98 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

99. Answering paragraph 99 of Plaintiffs' Complaint, Defendant Snohomish County admits that the duties of County employees and agents included the custody and control of inmates, enforcing discipline, and maintaining detention security. Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of any different or remaining allegations in this paragraph and therefore denies.

100. Answering paragraph 100 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

101. Answering paragraph 101 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

102. Answering paragraph 102 of Plaintiffs' Complaint, Defendant Snohomish County denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

103. Answering paragraph 103 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

**COUNT II**

**GROSS NEGLIGENCE**
**(Against Defendant Snohomish County**

104. Answering paragraph 104 of Plaintiffs' Complaint, Defendant Snohomish County incorporates by reference its responses to the preceding paragraphs.

105. Answering paragraph 105 of Plaintiffs' Complaint, Defendant Snohomish County admits.

106. Answering paragraph 106 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

107. Answering paragraph 107 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

108. Answering paragraph 108 of Plaintiffs' Complaint, Defendant Snohomish County admits that the duties of County employees and agents included the custody and control of inmates, enforcing discipline, and maintaining detention security. Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of any different or remaining allegations in this paragraph and therefore denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

109. Answering paragraph 109 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

110. Answering paragraph 110 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

111. Answering paragraph 111 of Plaintiffs' Complaint, Defendant Snohomish County denies.

112. Answering paragraph 112 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

**COUNT III**

**INTENTION INFLICTION OF EMOTIONAL DISTRESS**
**(Against Defendant Snohomish County)**

113. Answering paragraph 113 of Plaintiffs' Complaint, Defendant Snohomish County incorporates by reference its responses to the preceding paragraphs.

114. Answering paragraph 114 of Plaintiffs' Complaint, Defendant Snohomish County admits.

115. Answering paragraph 115 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

116. Answering paragraph 116 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

117. Answering paragraph 117 of Plaintiffs' Complaint, Defendant Snohomish County lacks sufficient information to form a belief as to the truth or falsity of the allegations in this paragraph and therefore denies.

**REQUEST FOR RELIEF**

Answering Paragraphs A-D of Plaintiffs' Request for Relief, Defendant Snohomish County denies Plaintiffs are entitled to any relief against Defendant Snohomish County. As to any allegations in Plaintiffs' Complaint not expressly admitted or denied, Defendant Snohomish County denies the same.

**DEMAND FOR JURY TRIAL**

The final paragraph of Plaintiffs' Complaint contains no allegations and therefore requires no response.

## IX. AFFIRMATIVE DEFENSES

Having fully answered Plaintiffs' Complaint, Defendant Snohomish County asserts that discovery and investigation may reveal that any one or more of the following affirmative defenses should be available to it in this case. Defendant Snohomish County therefore asserts the following affirmative defenses in order to preserve the right to assert them. If the facts warrant, Defendant Snohomish County may withdraw any of these affirmative defenses as deemed appropriate. Further, Defendant Snohomish County reserves the right to amend this Answer to assert additional defenses, cross claims, counterclaims, or other defenses.



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

1. One or more of Plaintiffs' claims are barred because Plaintiffs have failed to state a claim upon which relief may be granted.

2. Plaintiffs' claims may be barred in whole or in part because Plaintiffs have failed to mitigate their damages, if any.

3. The alleged actions of Snohomish County employees would have been outside the course and scope of their employment and therefore cannot be imputed or otherwise attributed to Snohomish County.

4. One or more of Plaintiffs' claims may be barred by the applicable statute of limitations.

5. Pending discovery, Plaintiffs' claimed injuries and damages may have been caused by the acts or failures to act of third persons or entities over whom Defendant had no control or right of control;

6. Pending discovery, Plaintiffs' claimed injuries and damages may have been caused by the intentional and/or criminal conduct of third persons.

## X. PRAYER FOR RELIEF

WHEREFORE, Defendant Snohomish County respectfully requests that the Court grant the following relief:

1. That Plaintiffs' complaint against Snohomish County be dismissed with prejudice, and that Plaintiffs take nothing by way of relief requested against Defendant;

2. If necessary, determination of the percentage of total fault which is attributable to each and every entity that caused Plaintiffs' damages and/or injuries, if any, as provided in RCW 4.22.070;



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

3. A segregation of the intentional conduct proximately causing Plaintiffs' alleged damages from the percentage(s) of fault under RCW 4.22.070;

4. That Defendant Snohomish County be awarded its costs and attorneys' fees to the extent recoverable by law or equity; and

5. Provide such other relief as the Court deems just and proper.

DATED this 10th day of December, 2025.

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By: ___*s/ Geoffrey A. Enns*_________________
Geoffrey A. Enns, WSBA #40682
Deborah A. Severson, WSBA #35603
Scott A. Marlow, WSBA #25987
Deputy Prosecuting Attorneys
Snohomish County Prosecutor's Office–Civil Division
3000 Rockefeller Ave., M/S 504
Everett, WA 98201
Phone: (425) 388-6330 / Fax: (425) 388-6333
Geoffrey.Enns@co.snohomish.wa.us
Deborah.Severson@co.snohomish.wa.us
Scott.Marlow@co.snohomish.wa.us
*Attorneys for Defendant Snohomish County*



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333

**DECLARATION OF SERVICE**

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be delivered foregoing **Defendant Snohomish County's Answer to Plaintiffs' Complaint** on the following parties by the methods indicated:

| | |
|---|---|
| Steve W. Berman<br>Martin D. McLean<br>William R. Kincaid<br>Jacob B. Berman<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Steve@hbsslaw.com<br>Martym@hbsslaw.com<br>WilliamK@hbsslaw.com<br>Jakeb@hbsslaw.com<br>*Attorneys for Plaintiffs* | ☒ E-Served via CM/ECF<br>☐ E-Mailed<br>☐ Facsimile<br>☐ U.S. Mail, 1st Class, postage prepaid<br>☐ Hand Delivery<br>☐ Messenger Service |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 10th day of December, 2025.

Cindy Ryden, Legal Assistant



**Snohomish County**
**Prosecuting Attorney – Civil Division**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
Everett, Washington 98201-4060
(425)388-6330 Fax: (425)388-6333