UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.S., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH COUNTY, *et al.*,<br><br>Defendants. | No. 2:25-cv-02210-RSM<br><br>JOINT STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND OTHER RELATED PRETRIAL DEADLINES |

**JOINT MOTION AND STIPULATED ORDER**

The parties, by and through their respective counsel of record, respectfully request this Court enter an order continuing the jury trial on this matter, currently set for February 8, 2027.

Under Federal Rule of Civil Procedure 16(b)(4), "[a case] schedule may be modified only for good cause and with the judge's consent." *See* LCR 16(b)(6) (same). The decision to modify a scheduling order lies within the broad discretion of the district court. *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 607 (9th Cir. 1992).

Good cause exists because the parties have been working cooperatively to enter into a stipulation for Fed. R. Civ. P. 35 examinations regarding psychological testing of the eight

Plaintiffs and have recently reached agreement on the terms of the examinations. Given the number of Plaintiffs to be assessed by Defendant and the time required to conduct the testing and prepare appropriate reports, the parties would benefit from an extension of deadlines to permit Defendant to sufficiently address the merits of Plaintiffs' injuries and damages. The parties mutually agree to a new trial date to be set no earlier than April 12, 2027.

The parties further request that this Court amend the associated pretrial deadlines as follows:

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2): | October 14, 2026 |
| Deadline for filing motions related to discovery: | November 13, 2026 |
| Discovery completed by: | December 15, 2026 |
| All dispositive motions must be filed by: | January 12, 2027 |
| Mediation, if requested by the parties, held no later than: | March 1, 2027 |
| All motions in limine must be filed by: | March 15, 2027 |
| Agreed pretrial order due: | March 31, 2027 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due: | April 7, 2027 |

DATED this 13th day of July, 2026.

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By: ____*s/ Deborah A. Severson*_________
Geoffrey A. Enns, WSBA #40682
Deborah A. Severson, WSBA #35603
Scott A. Marlow, WSBA #25987
Deputy Prosecuting Attorneys
Prosecuting Attorney's Office,
Civil Division
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201
Ph: (425) 388-6330 / Fax: (425) 388-6333
Geoffrey.Enns@co.snohomish.wa.us
Deborah.Severson@co.snohomish.wa.us
Scott.Marlow@co.snohomish.wa.us
*Attorneys for Defendant Snohomish County*

DATED this 13th day of July, 2026.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: ___*s/ William R. Kincaid*___________
Steve W. Berman, WSBA #12536
Martin D. McLean, WSBA #33269
William R. Kincaid, WSBA #54027
Jacob P. Berman, WSBA #61063
Sydney K. Thomas, WSBA #64571
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
martym@hbsslaw.com
williamk@hbsslaw.com
jakeb@hbsslaw.com
sydney.thomas@hbsslaw.com
*Attorneys for Plaintiffs*

**ORDER**

The Court, having considered the mutual agreement of all the parties of record and the needs of the case, IT IS ORDERED that the trial, currently set for February 8, 2027, be stricken, and that an amended case scheduling order shall issue, continuing all associated pretrial deadlines and setting a new trial date in this matter.

DATED this 22nd day of July, 2026.

______________________________________
HONORABLE JUDGE RICARDO S. MARTINEZ
United States District Court, Western District of Washington