The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| A.S, D.V., T.S., S.W., J.R., K.M., S.M., AND J.C.,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH COUNTY; and DOES 1-20,<br><br>Defendants. | Case No. 2:25-cv-2210-RSM<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to LCR 7(n), Plaintiffs respectfully submit, as supplemental authority, the Order Granting Defendant State of Washington's Motion to Dismiss or Stay ("Order of Dismissal"), entered on October 14, 2026. in *Snohomish County, et al. v. State of Washington, et al.,* Thurston County Superior Court, Cause No. 26-2-04503-34 ("Thurston County Action"), which is attached as Exhibit A.

In the Thurston County Action, Snohomish County and Pierce County sought a declaratory ruling that the State of Washington is the proper defendant in lawsuits arising from child sexual abuse occurring at juvenile detention facilities in Washington, including in this action. Following a Motion to Dismiss by the State of Washington, the Thurston County Superior Court rejected the Counties' arguments and ruled that the "matter is Dismissed in its entirety." *See* Exhibit A.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

In its Motion to Amend Scheduling Order and Answer and to Stay Discovery in this action, Defendant Snohomish County makes the same argument—that the State of Washington is the proper defendant. *See* Dkt. 22. Snohomish County states that:

> The recent flood of historical juvenile detention sexual assault allegations throughout Washington has given rise to substantial – and as yet unanswered – questions of state law regarding which entity is ultimately responsible for the defense and indemnity of the juvenile detention facilities operated and supervised by the superior courts of each county. To resolve those questions, Defendant Snohomish County, along with Pierce County, has initiated a declaratory judgment action in state court.

*See* Dkt. 22 at p. 1.

The "questions of state law regarding which entity is ultimately responsible for the defense and indemnity of the juvenile detention facilities operated and supervised by the superior courts of each county" have now been "resolve[d]" in "state court."

Plaintiffs respectfully submit that the Order of Dismissal is of persuasive value in this case.

Dated: October 16, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ William R. Kincaid*
Steve W. Berman, WSBA No. 12536
Martin D. McLean, WSBA No. 33269
William R. Kincaid, WSBA No. 54027
Jacob P. Berman, WSBA No. 61063
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
martym@hbsslaw.com
williamk@hbsslaw.com
jakeb@hbsslaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

*/s/ William R. Kincaid*
William R. Kincaid



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX